## ROBERSON *v.* JESUP BANKING COMPANY *et al.*

BECK, J.   Under the evidence there was no error in refusing the injunction sought at the interlocutory hearing.

*Judgment affirmed.   All the Justices concur.*

MAY 11, 1916.

Petition for injunction.   Before   Judge   Highsmith.   Wayne superior court.   September 3, 1915.

*D. M. Clark* and *J. H. Thomas,* for plaintiff.

*James W. Poppell* and *Wilson & Bennett,* for defendants.